255 So.2d 352

**Mrs. Alma DICKERSON**

v.

**BARNARD & BURK INDUSTRIAL CORPORATION et al.**

No. 51952.

Dec. 13, 1971.

In re: Alma Dickerson applying for certiorari or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 574.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

255 So.2d 353

**HOLMES BRICK & SALVAGE COMPANY, Inc.**

v.

**REO CONSTRUCTION, INC.**

No. 51954.

Dec. 13, 1971.

In re: Reo Construction, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 562.

Writ refused. Since the case has been remanded, the judgment is not final.